**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Attorneys for Defendant Golden-PT's Pub St. Rose 35, LLC dba PT's Gold*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Case Number: 2:17-cv-01180-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Golden-PT's Pub St. Rose 35, LLC dba PT's Gold, | |
| Defendant. | **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Golden – PT's Pub St. Rose 35, LLC dba PT's Gold ("PT's Pub") (collectively as the "Parties"), that the Parties consent to extend the deadline for PT's Pub's response to Plaintiff's Complaint ("Complaint"). This is PT's Pub's second stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Parties time to discuss settlement.

1

The Parties agree that PT's Pub shall respond to the Complaint on or before August 31, 2017.

Dated this 8th day of August, 2017                    Dated this 8th day of August, 2017

THE WILCHER FIRM                                       DICKINSON WRIGHT PLLC

By  /s/ Whitney C. Wilcher, Esq.                       By:  /s/ Taylor Anello, Esq.
   Whitney C. Wilcher, Esq.                               Cynthia L. Alexander, Esq.
   Nevada State Bar No. 7212                              Nevada Bar No. 6718
   8465 West Sahara Avenue, Suite 111-236                 Taylor Anello, Esq.
   Las Vegas, NV 89117                                    Nevada Bar No. 12881
   (702) 466-1959                                         8363 West Sunset Road, Suite 200
   *Attorneys for Plaintiff*                              Las Vegas, Nevada  89113-2210
                                                          *Attorneys for Defendant Golden – PT's Pub Warm Springs 13, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this _9th day of August_ 2017.



2